GERARD C. RICKHOFF   DONNA KAY McKINNEY

COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2017CI13662

**Name**:

**Date Filed** : 07/27/2017

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 045

**Docket Type** : INSURANCE

**Business Name** : GRANT FOOD MART INC

**Style** : GRANT FOOD MART INC

**Style (2)** : vs CRUM & FORSTER INDEMNITY COMPANY ET AL

GERARD C. RICKHOFF                DONNA KAY McKINNEY

## COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

# Case #2017CI13662

**Name**:

**Date Filed** : 07/27/2017

**Case Status** : PENDING

**Litigant Type** : DEFENDANT

**Court** : 045

**Docket Type** : INSURANCE

**Business Name** : CRUM & FORSTER INDEMNITY COMPANY

**Style** : GRANT FOOD MART INC

**Style (2)** : vs CRUM & FORSTER INDEMNITY COMPANY ET AL

GERARD C. RICKHOFF          DONNA KAY McKINNEY

## COUNTY CLERK & DISTRICT CLERK
## COURT RECORDS SEARCH

# Case #2017CI13662

**Name**: DAVID ELTON KLAUS

**Date Filed** : 07/27/2017

**Case Status** : PENDING

**Litigant Type** : DEFENDANT

**Court** : 045

**Docket Type** : INSURANCE

**Business Name** :

**Style** : GRANT FOOD MART INC

**Style (2)** : vs CRUM & FORSTER INDEMNITY COMPANY ET AL

# Case History

*Currently viewing 1 through 10 of 10 records*

| Sequence | Date Filed | Description |
|----------|-----------|-------------|
| P00008 | 8/28/2017 | EMAILED COPY OF:<br>ALL PLEADINGS TO; THOMPSON COE |
| P00007 | 8/28/2017 | REQUEST FOR<br>LETTER REQUESTING COPIES |
| P00006 | 8/24/2017 | ORIGINAL ANSWER OF<br>DAVID ELTON KLAUS |
| P00005 | 8/24/2017 | ORIGINAL ANSWER OF<br>CRUM & FORSTER INDEMNITY COMPANY |
| S00002 | 7/28/2017 | CITATION CERTIFIED MAIL<br>DAVID ELTON KLAUS<br>ISSUED: 7/28/2017 RECEIVED: 7/28/2017<br>RETURNED: 8/7/2017 |
| S00001 | 7/28/2017 | CITATION CERTIFIED MAIL<br>CRUM & FORSTER INDEMNITY COMPANY<br>ISSUED: 7/28/2017 RECEIVED: 7/28/2017<br>EXECUTED: 8/4/2017 RETURNED: 8/7/2017 |
| P00004 | 7/27/2017 | JURY FEE PAID |
| P00003 | 7/27/2017 | SERVICE ASSIGNED TO CLERK 1 |
| P00002 | 7/27/2017 | CIVIL CASE INFORMATION SHEET |
| P00001 | 7/27/2017 | PET FOR HAIL DAMAGE COMMERCIAL<br>WJD |

1 citcml 1 cit cml tci

FILED
7/27/2017 10:45 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Krystal Gonzalez

CAUSE NO. **2017CI13662**

| | | |
|---|---|---|
| GRANT FOOD MART, INC. | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **45** JUDICIAL DISTRICT |
| | § | |
| CRUM & FORSTER INDEMNITY COMPANY | § | |
| and DAVID ELTON KLAUS | § | |
| | § | |
| Defendants. | § | BEXAR COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, GRANT FOOD MART, INC., files this Original Petition against Defendants CRUM & FORSTER INDEMNITY COMPANY ("Crum & Forster") and DAVID ELTON KLAUS ("Adjuster") and for causes of action would respectfully show the Court the following:

**I. DISCOVERY LEVEL**

Pursuant to rule 190 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under Level 3.

**II. VENUE**

Venue is appropriate in Bexar County, Texas because all or part of the conduct giving rise to the causes of action were committed in Bexar County, Texas and the Plaintiff and property which is the subject of this suit are located in Bexar County, Texas.

**III. PARTIES**

Plaintiff resides in Bexar County, Texas.

Defendant Crum & Forster is in the business of insurance in the State of Texas. The insurance business done by Crum & Forster in Texas includes, but is not limited to, the following:

- The making and issuing of contracts of insurance with the Plaintiff;

- The taking or receiving of application for insurance, including the Plaintiff's application for insurance;

- The receiving or collection of premiums, commissions, membership fees, assessments, dues or other consideration for any insurance or any part thereof, including any such consideration or payments from the Plaintiff; and

- The issuance or delivery of contracts of insurance to residents of this state or a person authorized to do business in this state, including the Plaintiff.

Defendant, CRUM & FORSTER INDEMNITY COMPANY may be cited with process by serving its attorney for service by *Certified Mail Return Receipt Requested*, Mike Hicks Regional Claims Manger, 2400 Lakeside Boulevard, Suite 200, Richardson Texas 75082-4341.

Defendant, DAVID ELTON KLAUS, is an Adjuster engaged in the business of insurance in Texas and he may be cited with process at by *Certified Mail Return Receipt Requested*, at his last known business address registered with the Texas Department of Insurance, 4676 Ranch Road 32, Blanco, Texas 78606-4413.

### IV. NATURE OF THE CASE; RELIEF SOUGHT

This is a first-party insurance case stemming from extensive damage to Plaintiff's Property. Plaintiff seeks damages for breach of contract, violations of the Texas Insurance Code, and common law bad faith. Plaintiff also seeks attorney's fees, statutory penalties, costs of court and pre- and post-judgment interest. As required by Rule 47 of the Texas Rules of Civil Procedure, Plaintiff seeks monetary over $1,000,000.

### V. BACKGROUND FACTS

Grant Food Mart, Inc. own property located at 8755 IH 10 East, Converse, Texas 78109 (the "Property"). The Property is covered by a policy, numbered 5068836657, of insurance which the Defendant sold to Plaintiff (the "Policy"). The Policy covered the Property against loss by hail, wind and water, among other perils.

2

As a consequence of a storm on or about April 12, 2016, the Property sustained extensive damage.

Plaintiff has performed all conditions precedent to his recovery under the Policy. Plaintiff gave timely notice to the carrier.

The carrier assigned the claim to David Elton Klaus, among others, to investigate, report on and adjust the loss.

Plaintiff provided information to the Adjuster and opportunities for the Adjuster to inspect the home.

The Insurance Defendant and Adjuster have failed and refused to pay Plaintiff in accordance with its promises under the Policy.

Plaintiff has suffered property damage which has not been paid, even though the amounts are well-established and have been provided to the Insurance defendant and the Adjuster.

The Insurance Defendant has failed to make an attempt to settle Plaintiff's claim in a fair manner, although its liability to the Plaintiff under the Policy is without dispute. This conduct is a violation of Tex. Ins. Code Sec. 541.060(a)(2)(A).

The Insurance Defendant and the Adjuster have failed to explain the reasons for its offer of an inadequate compensation. The Insurance Defendant and the Adjuster have failed to offer Plaintiff adequate compensation without any explanation why full payment was not being made. The Insurance Defendant and Adjuster did not communicate that any future settlements or payments would be forthcoming to pay the entire losses covered under the Policy. This conduct violates Tex. Ins. Code Sec. 541.060(a)(3).

The Insurance Defendant and the Adjuster have failed to affirm or deny coverage within a reasonable time. Plaintiff did not receive timely indication of acceptance or rejection regarding the

3

full and entire claim in writing from the Insurance Defendant or the Adjuster in a timely manner. This conduct is a violation of Tex. Ins. Code Sec. 541.060(a)(4).

The Insurance Defendant refused to fully compensate Plaintiff under the terms of the Policy even though the Insurance Defendant failed to conduct a reasonable investigation. The Insurance Defendant and the Adjuster performed a result-oriented investigation of Plaintiff's claim which resulted in an unfair, biased and inequitable evaluation of Plaintiff's losses. This conduct is a violation of Tex. Ins. Code Sec. 541.060(a)(7).

The Insurance Defendant and the Adjuster failed to meet their obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning investigation of Plaintiff's claim, and requesting all information reasonably necessary to investigate Plaintiff's claim within the time period mandated by statute. This conduct is a violation of Tex. Ins. Code Sec. 542.055.

The Insurance Defendant and the Adjuster failed to accept or deny Plaintiff's full and entire claim within the time period mandated by statute. This conduct is a violation of Tex. Ins. Code Sec. 542.056.

The Insurance Defendant and the Adjuster forced Plaintiff to file this suit by offering substantially less than the amount of covered damages.  This conduct violates Texas Insurance Code § 542.003(b)(5) and 28 TAC § 21.203(5).

The Insurance Defendant failed to meet its obligation under the Texas Insurance Code regarding payment of the claim without delay. This conduct is a violation of Tex. Ins. Code Sec. 542.058.

### VI. Claims Against Crum & Forster Indemnity Company

**Declaratory Judgment.** Plaintiff re-alleges the foregoing paragraphs. Pursuant to the Texas Declaratory Judgment Act, Plaintiff is entitled to a declaration that the Policy provides coverage for the cost to repair the damaged property, less only a deductible, among other things. In the alternative, Plaintiff asserts that the Policy is ambiguous and must be interpreted in favor of coverage and against the Insurance Defendant.

**Breach of Contract.** Plaintiff re-alleges the foregoing paragraphs. The acts and omissions of the Defendant and its agents constitute a breach and/or anticipatory breach of the Defendant's contract with Plaintiff. Plaintiff has satisfied all conditions precedent to the fulfillment of its contractual demands. Accordingly, additionally or in the alternative, Plaintiff brings an action for breach of contract against the Defendant pursuant to Texas statutory and common law, including Chapter 38 of the Texas Civil Practice and Remedies Code, and seek all of its damages for such breach, including actual damages, consequential damages, attorneys' fees, prejudgment interest, other litigation expenses and costs of court.

**Violations of the Texas Insurance Code.** Plaintiff re-alleges the foregoing paragraphs. At all pertinent times, Defendant was engaged in the business of insurance as defined by the Texas Insurance Code. The acts and omissions of Crum & Forster and its agents constitute one or more violations of the Texas Insurance Code. More specifically, Crum & Forster has, among other violations, violated the following provisions of the Code:

1. Insurance Code chapter 542, the Prompt Payment Act.

2. Insurance Code § 542.003(b)(5) and 28 TAC § 21.203(5).

3. Insurance Code chapter 541, section 541.060 by, among other things:

- failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which his liability has become reasonably clear;

5

- refusing to affirm or deny coverage within a reasonable time; and/or
- refusing to pay Plaintiff's claim without conducting a reasonable investigation.

Where statements were made by the Defendant, Plaintiff reasonably relied upon them. As a result of the foregoing conduct, which was and is the producing cause(s) of injury and damage to Plaintiff, Plaintiff has suffered damages including, without limitation, actual damages, economic damages, and consequential damages. Moreover, one or more of the foregoing acts or omissions were "knowingly" made, entitling Plaintiff to seek treble damages pursuant to the Insurance Code. The Defendant has also violated the Prompt Payment Act, and Plaintiff seeks 18% damages as a penalty, plus reasonable and necessary attorney's fees incurred as a result of these violations.

**"Common Law Bad Faith."** Plaintiff re-alleges the foregoing paragraphs. The Defendant has refused to pay or delayed in paying a claim after liability has become reasonably clear. The Defendant has refused to pay, delayed in paying or offered grossly inadequate and unconscionable sums to settle the claims submitted by Plaintiff. This constitutes a breach of its common law duty of good faith and fair dealing' *i.e.*, it is acting in "bad faith."

Moreover, the Defendant has "investigated" and "adjusted" Plaintiff's claim in a malicious, intentional, fraudulent and/or grossly negligent fashion, and Plaintiff are entitled to extra-contractual damages, including exemplary damages. Plaintiff has sustained serious damage to his property as a result of the Defendant's refusal to honor the Policy. The Defendant is well aware that its actions involve an extreme risk that Plaintiff will suffer financial damage as a result of its refusal to honor its obligations, yet it is consciously indifferent to Plaintiff's rights. Plaintiff is entitled to recover its actual damages, consequential damages, punitive damages, and pre- and post-judgment interest.

**Attorney's fees.**  Plaintiff re-alleges the foregoing paragraphs. Plaintiff has been required to engage the services of the undersigned attorneys and have agreed to pay his attorneys a reasonable fee for services expended and to be expended in the prosecution of his claims against the Defendant through the trial court and all levels of the appellate process.  Plaintiff seeks the recovery of all of his attorney's fees and expenses.

With respect to all causes of action asserted herein, Plaintiff seeks the recovery of prejudgment and post-judgment interest.

## VII. CLAIMS AGAINST DAVID ELTON KLAUS

**Violations of the Texas Insurance Code.**  Plaintiff re-alleges the foregoing paragraphs. At all pertinent times, the Adjuster, David Elton Klaus was engaged in the business of insurance as defined by the Texas Insurance Code. The acts and omissions of Klaus constitute one or more violations of the Texas Insurance Code.  More specifically, Klaus has violated the Texas Insurance Code chapter 541, section 541.060 by, among other things:

- failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of a claim with respect to which their liability has become reasonably clear;

- refusing to pay Plaintiff's claim without conducting a reasonable investigation.

The Insurance Defendant assigned the loss and the claim to Klaus who was at all pertinent times the agent of the Insurance Defendant, through both actual and apparent authority. The acts, representations and omissions of the Adjuster are attributed to the Insurance Defendant.

Despite having been assigned the claim, and despite being given authority and instructions to inspect, adjust and evaluate the claim, Klaus failed and refused to adjust the claim properly. Klaus failed to inspect the property and the damages, failed to request information, failed to fully investigate the claim, failed to respond to requests for information from Plaintiff, failed to timely

7

evaluate the claim, failed to timely estimate the claim, and, failed to timely and properly report to the Insurance Defendant and make recommendations to the Insurance Defendant.

Plaintiff provided information regarding the loss and the claim to Klaus. Plaintiff allowed Klaus full and complete access to the Property. Plaintiff provided sufficient information to Klaus to adjust and evaluate the loss. Plaintiff made inquiries regarding the status of the loss and payment. Klaus failed and refused to respond to the inquiries and failed to properly adjust the claim and the loss. As a result, to this date, Plaintiff has not received full payment for the claim. Klaus' actions were negligent, reckless, willful and intentional, and were the proximate and producing cause of damages to the Insured.

Where statements were made by Klaus Plaintiff reasonably relied upon them. As a result of the foregoing conduct, which was and is the producing cause(s) of injury and damage to Plaintiff, Plaintiff has suffered damages including, without limitation, actual damages, economic damages, and consequential damages. Moreover, one or more of the foregoing acts or omissions were "knowingly" made, entitling Plaintiff to seek treble damages pursuant to the Insurance Code.

Specifically, upon information and belief, Crum & Forster relied solely on Klaus to coordinate and oversee the investigation into Plaintiff's claim. Therefore the unreasonable investigation performed by Klaus is attributable to Crum & Forster.

**Attorney's fees.** Plaintiff re-alleges the foregoing paragraphs. Plaintiff has been required to engage the services of the undersigned attorneys and have agreed to pay his attorneys a reasonable fee for services expended and to be expended in the prosecution of his claims against the Insurance Defendant through the trial court and all levels of the appellate process. Plaintiff seeks the recovery of all of his attorney's fees and expenses.

With respect to all causes of action asserted herein, Plaintiff seeks the recovery of prejudgment and post-judgment interest.

### VIII. CONDITIONS PRECEDENT

All conditions precedent for Plaintiff to recover under the Policy have been or will be met.

### IX. JURY DEMAND

Plaintiff requests that a jury be convened to try the factual issues in this action.

### X. REQUEST FOR DISCLOSURE

Pursuant to the Texas Rules of Civil Procedure 194, Plaintiff requests that Defendants provide the information required in a Request for Disclosure.

### XI. REQUEST FOR PRODUCTION TO CRUM & FORSTER INDEMNITY COMPANY

Please produce Crum & Forster's complete claim file for Grant Food Mart, Inc. relating to or arising out of any damage which occurred to the Property.

Please produce all emails, notes, and other forms of communication between Crum & Forster, its agents, Adjusters, employees, or representatives relating to, mentioning, concerning or evidencing the Property which is the subject of this suit.

Please produce a complete copy of Crum & Forster's underwriting file for the Property.

### XII. REQUEST FOR PRODUCTION TO DAVID ELTON KLAUS

Please produce David Elton Klaus' complete claim or adjusting file for the Property relating to or arising out of any damage which occurred.

Please produce all emails, notes, and other forms of communication between David Elton Klaus, and any consultants, engineers, contractors or any other entity that assisted Klaus in the investigation, adjustment or evaluation the Property which is the subject of this suit.

9

## XIII. Prayer

WHEREFORE, Plaintiff seeks the following relief:

A.      The Court's declaration that the Policy provides coverage for the damage to the home, less only a deductible;

B.      Alternatively, a ruling that the Policy is ambiguous and must be interpreted in favor of coverage and in favor of Plaintiff;

C.      Damages against the Insurance Defendant for breach of contract, including actual damages, consequential damages, attorneys' fees, pre- and post-judgment interest, other litigation expenses and costs of court;

D.      Penalty in the amount of 18% damages for violations of the Prompt Payment Act;

E.      Damages against the Insurance Defendant and Adjuster, jointly and severally, for other violations of the Texas Insurance Code, including without limitation economic damages, actual damages, consequential damages, treble damages, and reasonable and necessary attorneys' fees;

F. Damages against the Insurance Defendant and the Adjuster, jointly and severally, for breach of the duty of good faith and fair dealing, including actual damages, consequential damages, punitive damages and pre- and post-judgment interest; and

G. Plaintiff also seeks all other financial relief and rulings to which they may be legally or equitably entitled.

*[Signature Follows]*

Respectfully submitted,

_MARC E. GRAVELY_
MARC E. GRAVELY
State Bar No. 00787582
mgravely@gplawfirm.com
JONATHAN C. LISENBY
State Bar No. 24072889
jlisenby@gplawfirm.com
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile:   (210) 472-1110

**ATTORNEYS FOR PLAINTIFF**

11

FILED
7/27/2017 10:45 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Krystal Gonzalez

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2017CI13662**   COURT *(FOR CLERK USE ONLY):* **45**

STYLED Grant Food Mart, Inc. v. Crum & Forster Indemnity Company and David Elton Klaus
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Marc Gravely | Email:<br>mgravely@gplawfirm.com | Plaintiff(s)/Petitioner(s):<br>Grant Food Mart | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>425 Soledad, Suite 600 | Telephone:<br>210-472-1111 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>San Antonio, Texas 78205 | Fax:<br>210-472-1110 | Defendant(s)/Respondent(s):<br>Crum & Forster Indemnity Company<br>David Elton Klaus | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: Marc Gravely | State Bar No:<br>00787582 | | Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br>___<br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract:<br>___ | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>  ☐Accounting<br>  ☐Legal<br>  ☐Medical<br>  ☐Other Professional<br>   Liability:<br>   ___<br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>  ☐Asbestos/Silica<br>  ☐Other Product Liability<br>   List Product:<br>   ___<br>☐Other Injury or Damage:<br>___ | ☐Eminent Domain/<br>  Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br>___ | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>  ☐With Children<br>  ☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| | | | | **Title IV-D** |
| | | **Related to Criminal Matters** | **Other Family Law** | ☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order |
| | | ☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>  Pre-indictment<br>☐Other: | ☐Enforce Foreign<br>  Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>  of Minority<br>☐Other: | **Parent-Child Relationship** |
| | | | | ☐Adoption/Adoption with<br>  Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>  Rights<br>☐Other Parent-Child:<br>  ___ |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment:<br>___ | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>  Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: ___ | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐Dependent Administration<br>  ☐Independent Administration<br>  ☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: ___ | | |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☐Over $200,000 but not more than $1,000,000
☒Over $1,000,000

CERTIFIED MAIL #70162070000075204061

**Case Number: 2017-CI-13662**

2017CI13662   S00001

**GRANT FOOD MART INC**

**vs.**

**CRUM & FORSTER INDEMNITY COMPANY ET AL**

(Note: Attached document may contain additional litigants).

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

**"THE STATE OF TEXAS"**

**DIRECTED TO:**   CRUM & FORSTER INDEMNITY COMPANY
BY SERVING ITS ATTORNEY MIKE HICKS REGIONAL CLAIMS MANAGER

2400 LAKESIDE BOULEVARD 200
RICHARDSON TX 75082

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said CITATION with ORIGINAL PETITION was filed on the 27th day of July, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 28TH DAY OF July A.D., 2017.

MARC E GRAVELY
ATTORNEY FOR PLAINTIFF
425 SOLEDAD ST 600
SAN ANTONIO, TX 78205



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Larry Botello,* Deputy

ᴍᴏ 7-28-17

GRANT FOOD MART INC
vs
CRUM & FORSTER INDEMNITY COMPANY ET AL

**Officer's Return**

Case Number: 2017-CI-13662
Court: 45th Judicial District Court

Came to hand on the 28th day of July 2017, A.D., at 2:52 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by delivering to: _____ at 2400 LAKESIDE BOULEVARD 200 RICHARDSON TX 75082 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____ .

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX
By : *Larry Botello,* Deputy

FILE COPY (DK003)

**DOCUMENT SCANNED AS FILED**

CERTIFIED MAIL #70162070000075204023

**Case Number: 2017-CI-13662**

2017CI13662  S00002

**GRANT FOOD MART INC**

**vs.**

**CRUM & FORSTER INDEMNITY COMPANY ET AL**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

**DIRECTED TO:**   DAVID ELTON KLAUS

4676 RANCH RD 32
BLANCO TX 78606

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said CITATION with ORIGINAL PETITION, was filed on the 27th day of July, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 28TH DAY OF July A.D., 2017.

MARC E GRAVELY
ATTORNEY FOR PLAINTIFF
425 SOLEDAD ST 600
SAN ANTONIO, TX 78205



**Donna Kay McKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By : *Larry Botello*, Deputy

mo  7·28·17

---

GRANT FOOD MART INC
vs
CRUM & FORSTER INDEMNITY COMPANY ET AL

**Officer's Return**

Case Number: 2017-CI-13662
Court: 45th Judicial District Court

Came to hand on the 28th day of July 2017, A.D., at 1:20 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____ 20_____, by delivering to: _____ at 4676 RANCH RD 32 BLANCO TX 78606 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, TX
By : *Larry Botello*, Deputy

FILE COPY (DK003)

**DOCUMENT SCANNED AS FILED**

CERTIFIED MAIL #7016207000075204061

Case Number: 2017-CI-13662

2017CI13662  S00001

**GRANT FOOD MART INC**

    **vs.**

**CRUM & FORSTER INDEMNITY COMPANY ET AL**

(Note: Attached document may contain additional litigants.)

**CRT**

IN THE DISTRICT COURT
45th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

**DIRECTED TO:**    CRUM & FORSTER INDEMNITY COMPANY
BY SERVING ITS ATTORNEY MIKE HICKS REGIONAL CLAIMS MANAGER

      2400 LAKESIDE BOULEVARD 200
      RICHARDSON TX 75082



FILED
_____ O'CLOCK _____M

AUG   7  2017
DONNA KAY
District Clerk, Bexar
BY _____

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said  CITATION with ORIGINAL PETITION   was filed on the 27th day of July, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 28TH  DAY OF July A.D., 2017.

MARC E GRAVELY
ATTORNEY FOR PLAINTIFF
425 SOLEDAD ST 600
SAN ANTONIO, TX 78205

**Donna Kay M<sup>c</sup>Kinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas  78205

By : *Larry Botello*, Deputy

---

GRANT FOOD MART INC
vs
CRUM & FORSTER INDEMNITY COMPANY ET AL

**Officer's Return**

Case Number: 2017-CI-13662
Court: 45th Judicial District Court

Came to hand on the 28th day of July 2017, A.D., at 2:52 o'clock P.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the _____ day of _____, 20___, by deilvering to: _____ at ·2400 LAKESIDE BOULEVARD 200 RICHARDSON TX 75082 a true copy of this Citation, upon which I endorsed that date of delivery,· together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is _____

**Donna Kay M<sup>c</sup>Kinney**
Clerk of the District Courts of
Bexar County, TX
By : *Larry Botello*, Deputy

RETURN TO COURT (DK903)

**DOCUMENT SCANNED AS FILED**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark Here

0 1 2017

Postage

$

Total Postage and Fees

$

Sent To  CRUM & FORSTER INDEMNITY COMPANY
BY SERVING ITS ATTORNEY MIKE HICKS REGIC

Street and Apt. No., or PO Box No.  2400 LAKESIDE BOULEVARD 200

City, State, ZIP+4®  RICHARDSON, TX  75082

2017CI13662  7/28/2017  CITCM  LARRY BOTELLO

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 2070 0000 7520 4061

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CRUM & FORSTER INDEMNITY COMPANY
BY SERVING ITS ATTORNEY MIKE BROOKS REGIONF
2400 LAKESIDE BOULEVARD 200
RICHARDSON, TX 75082

2017CI13662 - 7/28/2017  CITCM  LARRY BOTELLO

9590 9402 1534 5362 0675 69

2. Article Number *(Transfer from service label)*

7016 2070 0000 7520 4061

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
Brandi Warton

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

DOCUMENT SCANNED AS FILED

**USPS TRACKING #**



9590 9402 1534 5362 0675 69

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•



Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, TX 78205

CERTIFIED MAIL #70162070000075204023

**Case Number: 2017-CI-13662**



2017CI13662   S00002

**GRANT FOOD MART INC**

    vs.

**CRUM & FORSTER INDEMNITY COMPANY ET AL**

(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
45TH JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS



**"THE STATE OF TEXAS"**

**DIRECTED TO:**    DAVID ELTON KLAUS

                4676 RANCH RD 32
                BLANCO TX 78606

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk  who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were  served this CITATION and ORIGINAL PETITION , a default judgment may be taken against you." Said  CITATION with ORIGINAL PETITION  was filed on the 27th day of July, 2017.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 28TH  DAY OF July  A.D., 2017.

MARC E GRAVELY
ATTORNEY FOR PLAINTIFF
425 SOLEDAD ST 600
SAN ANTONIO, TX 78205



**Donna Kay MᶜKinney**
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By : *Larry Botello*, Deputy

---

**GRANT FOOD MART INC**
**vs**
**CRUM & FORSTER INDEMNITY COMPANY ET AL**

**Officer's Return**

Case Number: 2017-CI-13662
Court: 45th Judicial District Court

Came to hand on the 28th day of July 2017, A.D., at  1:20 o'clock P.M. and EXECUTED/(NOT EXECUTED) by CERTIFIED MAIL, on the ꟾꟾꟾ day of ꟾꟾꟾꟾ ꟾꟾꟾꟾ , by deilvering to:  Daviel Klaus ꟾꟾꟾꟾꟾ  at 4676 RANCH RD 32 BLANCO TX 78606 a true copy of this Citation, upon which I endorsed that date of delivery, together with the accompanying copy of the CITATION with ORIGINAL PETITION .

Cause of failure to execute this Citation is  ꟾꟾꟾꟾꟾꟾꟾꟾꟾ .

                                    **Donna Kay MᶜKinney**
                                    Clerk of the District Courts of
                                    Bexar County, TX
                                    By : *Larry Botello*, Deputy

RETURN TO COURT (DK003)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

$

Total
$

Sent
$

Street

City

DAVID ELTON KLAUS
4676 RANCH RD 32
BLANCO, TX   78606

2017CI13662   7/28/2017   CITCM   LARRY BOTELLO

PS Form 3800, April 2015 PSN 7530-02-000-8047          See Reverse for Instructions

7016 2070 0000 7520 4023

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID ELTON KLAUS
4676 RANCH RD 32
BLANCO, TX   78606

2017C1185 7/28/2017  CITCM  LARRY BOTELLO

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 1534 5362 0675 83

2. Article Number *(Transfer from service label)*

7016 2070 0000 7520 4023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _David Klaus_   ☐ Agent
                   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

_David Klaus_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   ($)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   DOCUMENT SCANNED AS FILED   Domestic Return Receipt

**USPS TRACKING #**

9590 9402 1534 5362 0675 83

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

● Sender: Please print your name, address, and ZIP+4® in this box●

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, TX 78205



FILED
8/24/2017 11:25 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Isaias Ibarra

## CAUSE NO. 2017CI13662

| | | |
|---|---|---|
| **GRANT FOOD MART, INC.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| | § | |
| | § | |
| **CRUM & FORSTER INDEMNITY** | § | |
| **COMPANY AND DAVID ELTON KLAUS** | § | |
| | § | |
| *Defendants.* | § | **45TH JUDICIAL DISTRICT** |

---

### DEFENDANT CRUM & FORSTER INDEMNITY COMPANY'S
### ORIGINAL ANSWER

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Crum & Forster Indemnity Company ("Defendant" or "Crum & Forster") and files its Original Answer and would respectfully show as follows:

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations contained within Plaintiff's Original Petition and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant Crum & Forster Indemnity Company prays upon final trial and hearing, that Plaintiff recover nothing from Defendant and for such other such further relief, both general and special, to which Defendant may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ *Christopher H. Avery*
      Rodrigo "Diego" Garcia
      State Bar No. 00793778
      Email: dgarcia@thompsoncoe.com

1

Christopher H. Avery
State Bar No. 24069321
Email:  cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8388
Facsimile: (713) 403-8299

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August 2017, a true and correct copy of this document was served on all known counsel of record in accordance with the Texas Rules of Civil Procedure.

Marc E. Gravely
mgravely@gplawfirm.com
Jonathan C. Lisenby
jlisenby@gplawfirm.com
GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205

/s/ Christopher H. Avery
Christopher H. Avery

2

FILED
8/24/2017 11:25 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Isaias Ibarra

### CAUSE NO. 2017CI13662

| | | |
|---|---|---|
| **GRANT FOOD MART, INC.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| | § | |
| | § | |
| **CRUM & FORSTER INDEMNITY** | § | |
| **COMPANY AND DAVID ELTON KLAUS** | § | |
| | § | |
| *Defendants.* | § | **45TH JUDICIAL DISTRICT** |

## DEFENDANT DAVID ELTON KLAUS'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DAVID ELTON KLAUS ("Defendant" or "Klaus") and files his Original Answer and would respectfully show as follows:

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations contained within Plaintiff's Original Petition and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant David Elton Klaus prays upon final trial and hearing hereof, Plaintiff recover nothing from Defendant and for such other such further relief, both general and special, to which Defendant may be justly entitled.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: ___/s/ Christopher H. Avery_____
     Rodrigo "Diego" Garcia
     State Bar No. 00793778
     Email: dgarcia@thompsoncoe.com

1

Christopher H. Avery
State Bar No. 24069321
Email:  cavery@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8388
Facsimile: (713) 403-8299

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August 2017, a true and correct copy of this document was served on all known counsel of record in accordance with the Texas Rules of Civil Procedure.

Marc E. Gravely
mgravely@gplawfirm.com
Jonathan C. Lisenby
jlisenby@gplawfirm.com
GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205

*/s/ Christopher H. Avery*
Christopher H. Avery

2