IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GRANT FOOD MART, INC., § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. 5:17-cv-00836-XR |
| § | |
| CRUM & FORSTER INDEMNITY § | |
| COMPANY and DAVID ELTON KLAUS, § | |
| § | |
| Defendants § | |

## ADR REPORT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Scheduling Order [Doc. 13] and Local Rule CV-88, the Parties jointly submit the following report regarding alternative dispute resolution:

The Parties have engaged in informal settlement negotiations and believe that the case can be resolved in that manner. In the event that the Parties are unable to reach an agreement in the near future, they agree that mediation will be the best method of resolving this case. Should mediation become necessary, the Parties will promptly advise the Court of their chosen mediator. Jonathan C. Lisenby is responsible for negotiations for Plaintiff. Christopher H. Avery is responsible for settlement negotiations for Defendants.

Respectfully submitted,

GRAVELY & PEARSON, L.L.P.

By: ___/s/ Jonathan C. Lisenby (by permission)___
Marc E. Gravely
State Bar No. 00787582
mgravely@gplawfirm.com
Jonathan C. Lisenby
State Bar No. 24072889
jlisenby@gplawfirm.com

>425 Soledad, Suite 600
>San Antonio, Texas 78205
>(210) 472-1111 │ (210) 472-1110 (*fax*)
>
>ATTORNEYS FOR PLAINTIFF
>
>
>THOMPSON, COE, COUSINS & IRONS, LLP
>
>By:     /s/ *Christopher H. Avery*
>   Rodrigo "Diego" Garcia
>   State Bar No. 00793778
>   Dgarcia@thompsoncoe.com
>   Christopher H. Avery
>   State Bar No. 24069321
>   Cavery@thompsoncoe.com
>
>One Riverway, Suite 1400
>Houston, Texas 77056
>(713) 403-8210 │ (713) 403-8299 (*fax*)
>
>COUNSEL FOR DEFENDANTS CRUM & FORSTER INDEMNITY COMPANY and DAVID ELTON KLAUS

6042701v1
05060.960