IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GRANT FOOD MART, INC. and ARROW INVESTMENTS, LTD. § § § *Plaintiffs,* § § vs. § § CRUM & FORSTER INDEMNITY § COMPANY § § *Defendant.* § | CIVIL ACTION NO. 5:17-CV-00836-XR |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Grant Food Mart, Inc. and Arrow Investments, Ltd. submit this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of against Defendant Crum & Forster Indemnity Company, with the parties to bear their own costs, attorneys' fees and expenses

WHEREFORE, Plaintiffs Grant Food Mart, Inc. and Arrow Investments, Ltd. request that all claims asserted in this lawsuit be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

Date:   September 25, 2018,

Respectfully submitted,

By: /s/ Marc E. Gravely
   Marc E. Gravely, Esq.
   State Bar No. 00787582
   mgravely@gplawfirm.com
   Jonathan C. Lisenby
   State Bar No. 24072889
   jlisenby@gplawfirm.com
GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: 210.472.1111
Facsimile: 210.472.1110
**ATTORNEYS FOR GRANT FOOD MART, INC. AND ARROW INVESTMENTS, LTD.**

– And –

By: /s/ Christopher H. Avery
   Rodrigo "Diego" Garcia
   State Bar No. 00793778
   Dgarcia@thompsoncoe.com
   Christopher H. Avery
   State Bar No. 2069321
   Cavery@thompsoncoe.com
   Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 │ (713) 403-8299 (fax)

**ATTORNEYS FOR DEFENDANT CRUM & FORSTER INDEMNITY COMPANY**